UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVEN M. SMITH *et al.*,

    Plaintiffs,                                         Case No. 16-11503
                                                                   Hon. Matthew F. Leitman

v.

ALTISOURCE SOLUTIONS S.À R.L. *et al.*,

    Defendants.

_____/

## ORDER ON DEFENDANTS' MOTION
## TO STAY PENDING APPEAL (ECF #22)

On May 2, 2017, Defendants Altisource Solutions S.À R.L. and Altisource Solutions Inc. moved to stay this case pending appeal (the "Motion"). (*See* ECF #22). The Court held a hearing on the Motion on July 5, 2017. For the reasons stated on record at the July 5, 2017, hearing, **IT IS HEREBY ORDERED** that all claims and counterclaims in this action that were not previously referred to arbitration are **STAYED** pending the decision of the United States Court of Appeals for Sixth Circuit in Case No. 17-1501.

    **IT IS SO ORDERED.**

                                                       s/Matthew F. Leitman
                                                       MATTHEW F. LEITMAN
Dated: July 5, 2017                    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 5, 2017, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (313) 234-5113